DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRES VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>ADRES VALENZUELA and ARISTEO)<br>HERRERA,  )<br>  )<br>        Defendants.  )<br>  )<br>_____) | 2:12-cr-358 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:   January 25, 2013<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell |

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant ADRES VALENZUELA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant ARISTO HERRERA, by and through his counsel, DINA SANTOS, that the status conference set for Friday, December 7, 2012 be continued to Friday, January 25, 2013 at 9:00 a.m.
   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 25, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 3, 2012            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ANDRES VALENZUELA


                                   /s/ Dina Santos
                                   DINA SANTOS
                                   Attorney for Defendant
                                   ARISTEO HERRERA

DATED: December 3, 2012            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Benjamin Galloway for
                                   DANIEL McCONKIE
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance

outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including January 25, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the December 7, 2012 status conference shall be continued until January 25, 2013, at 9:00 a.m.

Dated:  December 3, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3