JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRES VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRES VALENZUELA and ARISTEO HERRERA,<br><br>        Defendants. | 2:12-cr-358 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:   February 22, 2013<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant ADRES VALENZUELA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant ARISTO HERRERA, by and through his counsel, DINA SANTOS, that the status conference set for Friday, January 25, 2013 be continued to Friday, February 22, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and

1  the defendant in a speedy trial.
2     Speedy trial time is to be excluded from the date of this order
3  through the date of the status conference set for February 22, 2013,
4  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
5  (Local Code T4).

6  DATED: January 10, 2013            Respectfully submitted,

7                                     JOSEPH SCHLESINGER
                                      Acting Federal Defender
8
                                      /s/ Benjamin Galloway
9                                     BENJAMIN GALLOWAY
                                      Assistant Federal Defender
10                                    Attorney for Defendant
                                      ANDRES VALENZUELA
11

12                                    /s/ Dina Santos
                                      DINA SANTOS
13                                    Attorney for Defendant
                                      ARISTEO HERRERA
14

15 DATED: January 10, 2013            BENJAMIN B. WAGNER
                                      United States Attorney
16
                                      /s/ Benjamin Galloway for
17                                    DANIEL McCONKIE
                                      Assistant U.S. Attorney
18                                    Attorney for Plaintiff

19

20

21                              **O R D E R**

22    The Court, having received, read, and considered the stipulation of
23 the parties, and good cause appearing therefrom, adopts the stipulation
24 of the parties in its entirety as its order. The Court specifically
25 finds that the failure to grant a continuance in this case would deny
26 counsel reasonable time necessary for effective preparation, taking
27 into account the exercise of due diligence.  The Court finds that the
28 ends of justice to be served by granting the requested continuance

**2**

outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including February 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the January 25, 2013 status conference shall be continued until February 22, 2013, at 9:00 a.m.

Dated:  January 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge