JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRES VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>ADRES VALENZUELA and ARISTEO)<br>HERRERA,                           )<br>                                   )<br>            Defendants.            )<br>                                   )<br>_____) | 2:12-cr-358 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:   June 7, 2013<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney; defendant ADRES VALENZUELA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant ARISTO HERRERA, by and through his counsel, DINA SANTOS, that the status conference set for Friday, April 26, 2013 be continued to Friday, June 7, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

1  The parties stipulate that the ends of justice served by the
2  granting of such continuance outweigh the interests of the public and
3  the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for June 7, 2013,
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare]
7  (Local Code T4).
8  DATED: April 18, 2013                Respectfully submitted,
9                                       JOSEPH SCHLESINGER
                                         Acting Federal Defender
10
                                         /s/ Benjamin Galloway
11                                       BENJAMIN GALLOWAY
                                         Assistant Federal Defender
12                                       Attorney for Defendant
                                         ANDRES VALENZUELA
13

14                                       /s/ Dina Santos
                                         DINA SANTOS
15                                       Attorney for Defendant
                                         ARISTEO HERRERA
16

17 DATED: April 18, 2013                 BENJAMIN B. WAGNER
                                         United States Attorney
18
                                         /s/ Benjamin Galloway for
19                                       DANIEL McCONKIE
                                         Assistant U.S. Attorney
20                                       Attorney for Plaintiff

21

22

23                                **O R D E R**

24  The Court, having received, read, and considered the stipulation of
25  the parties, and good cause appearing therefrom, adopts the stipulation
26  of the parties in its entirety as its order. The Court specifically
27  finds that the failure to grant a continuance in this case would deny
28  counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 7, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the April 26, 2013 status conference shall be continued until June 7, 2013, at 9:00 a.m.

Dated:  April 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3