HEATHER E. WILLIAMS, Bar #122644
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRES VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-358 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO CONTINUE STATUS CONFERENCE AND** |
| v. | ) | **EXCLUDE TIME** |
| | ) | |
| ADRES VALENZUELA and ARISTEO | ) | |
| HERRERA, | ) | DATE:  July 19, 2013 |
| | ) | TIME:  9:00 a.m. |
| Defendants. | ) | JUDGE:  Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of

America through DANIEL McCONKIE, Assistant U.S. Attorney; defendant

ADRES VALENZUELA by and through his counsel, BENJAMIN GALLOWAY,

Assistant Federal Defender; and defendant ARISTO HERRERA, by and

through his counsel, DINA SANTOS, that the status conference set for

Friday, June 7, 2013 be continued to Friday, July 19, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

/ / /

1    The parties stipulate that the ends of justice served by the

2  granting of such continuance outweigh the interests of the public and

3  the defendant in a speedy trial.

4    Speedy trial time is to be excluded from the date of this order

5  through the date of the status conference set for July 19, 2013,

6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

7  (Local Code T4).

8  DATED: June 4, 2013              Respectfully submitted,

9                                   HEATHER E. WILLIAMS
                                     Federal Defender
10
                                     /s/ Benjamin Galloway
11                                   BENJAMIN GALLOWAY
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     ANDRES VALENZUELA
13

14                                   /s/ Dina Santos
                                     DINA SANTOS
15                                   Attorney for Defendant
                                     ARISTEO HERRERA
16

17 DATED: June 4, 2013              BENJAMIN B. WAGNER
                                     United States Attorney
18
                                     /s/ Benjamin Galloway for
19                                   DANIEL McCONKIE
                                     Assistant U.S. Attorney
20                                   Attorney for Plaintiff

21

22                          **O R D E R**

23    The Court, having received, read, and considered the stipulation of

24  the parties, and good cause appearing therefrom, adopts the stipulation

25  of the parties in its entirety as its order. The Court specifically

26  finds that the failure to grant a continuance in this case would deny

27  counsel reasonable time necessary for effective preparation, taking

28  into account the exercise of due diligence.  The Court finds that the

                                 **2**

1  ends of justice to be served by granting the requested continuance

2  outweigh the best interests of the public and defendant in a speedy

3  trial.

4    The Court orders that the time from the date of the parties

5  stipulation, up to and including July 19, 2013, shall be excluded from

6  computation of time within which the trial of this case must be

7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

8  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is

9  further ordered that the June 7, 2013 status conference shall be

10  continued until July 19, 2013, at 9:00 a.m.

11  Dated:   June 5, 2013

12

13  _____
   GARLAND E. BURRELL, JR.
14  Senior United States District Judge

3