HEATHER E. WILLIAMS, Bar #122644
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRES VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>ADRES VALENZUELA and ARISTEO)<br>HERRERA,                          )<br>                                  )<br>           Defendants.           )<br>_____) | No. 2:12-cr-358 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:  August 23, 2013<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney; defendant ADRES VALENZUELA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant ARISTO HERRERA, by and through his counsel, DINA SANTOS, that the status conference set for Friday, July 19, 2013 be continued to Friday, August 23, 2013 at 9:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 23, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 15, 2013                Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ANDRES VALENZUELA


                                    /s/ Dina Santos
                                    DINA SANTOS
                                    Attorney for Defendant
                                    ARISTEO HERRERA


DATED: July 15, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting the requested continuance
2  outweigh the best interests of the public and defendant in a speedy
3  trial.
4     The Court orders that the time from the date of the parties
5  stipulation, up to and including August 23, 2013, shall be excluded
6  from computation of time within which the trial of this case must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
8  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
9  further ordered that the July 19, 2013 status conference shall be
10 continued until August 23, 2013, at 9:00 a.m.

Dated:  July 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3