HEATHER E. WILLIAMS, Bar #122644
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRES VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-358 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO CONTINUE STATUS CONFERENCE AND** |
| v. ) | **EXCLUDE TIME** |
| ) | |
| ADRES VALENZUELA and ARISTEO ) | |
| HERRERA, ) | DATE:  September 27, 2013 |
| ) | TIME:  9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through CHRISTIAAN HIGHSMITH, Assistant U.S. Attorney; defendant ADRES VALENZUELA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant ARISTO HERRERA, by and through his counsel, DINA SANTOS, that the status conference set for Friday, August 23, 2013 be continued to Friday, September 27, 2013 at 9:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  The parties stipulate that the ends of justice served by the granting
2  of such continuance outweigh the interests of the public and the defendant
3  in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for September 27, 2013,
6  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)[reasonable time to
7  prepare] (Local Code T4).

8  DATED: August 16, 2013            Respectfully submitted,
9                                    HEATHER E. WILLIAMS
                                     Federal Defender
10
                                     */s/ Benjamin Galloway*
11                                   BENJAMIN GALLOWAY
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     ANDRES VALENZUELA
13

14                                   */s/ Dina Santos*
                                     DINA SANTOS
15                                   Attorney for Defendant
                                     ARISTEO HERRERA
16

17 DATED: August 16, 2013            BENJAMIN B. WAGNER
                                     United States Attorney
18
                                     */s/ Benjamin Galloway for*
19                                   CHRISTIAAN HIGHSMITH
                                     Assistant U.S. Attorney
20                                   Attorney for Plaintiff

21

22
                                **O R D E R**
23
   The Court, having received, read, and considered the stipulation of
24
the parties, and good cause appearing therefrom, adopts the stipulation
25
of the parties in its entirety as its order. The Court specifically finds
26
that the failure to grant a continuance in this case would deny counsel
27
reasonable time necessary for effective preparation, taking into account
28
the exercise of due diligence.  The Court finds that the ends of justice

to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 27, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) (reasonable time for counsel to prepare). It is further ordered that the August 23, 2013 status conference shall be continued until September 27, 2013, at 9:00 a.m.

Dated: August 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3