Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
Aristeo Herrera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0358 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 1/17/14 |
| v. | |
| ARISTEO HERRERA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 15, 2013.

2. By this stipulation, defendant now moves to continue the status conference until January 17, 2014, and to exclude time between date currently set for status and January 17, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to consult with her client, review the current offer that has been conveyed, to allow Mr. Herrera to meet with a Doctor regarding his diabetic condition which is affecting his ability to understand the terms of the plea agreement, and to otherwise prepare for trial.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

account the exercise of due diligence.

      c)     The government does not object to the continuance.

      d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2013, to January 17, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 14, 2013                       BENJAMIN B. WAGNER
                                                          United States Attorney

                                                           /s/ Christian Highsmith
                                                          CHRISTIAN HIGHSMITH
                                                          Assistant United States Attorney

Dated:  November 14, 2013                       /s/   Dina L. Santos
                                                          DINA SANTOS, ESQ.
                                                          Counsel for Aristeo Herrera

Dated:  November 8, 2013                         /s/   Esau Ruis Herrera
                                                           ESAUI RUIS HERRERA ESQ.
                                                         Counsel for Jorge Vargas

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge