Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J St., Suite 350
Sacramento, CA 95814
(916) 447-0160

Attorney for Defendant,
Aristeo Herrera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ARISTEO HERRERA,<br><br>           Defendant | Case No. CR S 12-358 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR JUDGEMENT AND SENTENCING |

The parties hereto stipulate that the judgment and sentencing hearing now set for May 30, 2014, be continued to June 6, 2014 at 9:00 a.m. for judgment and sentencing.

DATED: May 28, 2014              /s/ Dina L. Santos
                                 Attorney for Defendant,
                                 Aristeo Herrera

DATED: May 7, 2014               /s/ Christian Highsmith,
                                 Assistant U.S. Attorney

IT IS SO ORDERED

Dated:  May 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1